# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LEAL, MICHAEL ANTHONY § Case No. 17-07564 JPC
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/10/2017 . The undersigned trustee was appointed on 03/10/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    9,350.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 850.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 3,200.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 5,300.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was  07/25/2017  and the deadline for filing governmental claims was  07/25/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,365.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,365.00 , for a total compensation of $ 1,365.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/02/2018                    By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 17-07564 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | LEAL, MICHAEL ANTHONY | | | Date Filed (f) or Converted (c): | 03/10/17 (f) |
| | | | | 341(a) Meeting Date: | 04/19/17 |
| For Period Ending: | 01/02/18 | | | Claims Bar Date: | 07/25/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CARS<br>DODGE CARAVAN 2010 | 2,824.00 | 0.00 | | 0.00 | FA |
| 2. WATERCRAFT<br>STINGRAY 18 FEE TRAILER 2009 | 9,500.00 | 9,350.00 | | 9,350.00 | FA |
| 3. HOUSEHOLD GOODS<br>Furniture, linens, small appliances, table & chairs, bedroom set | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. ELECTRONICS<br>TV, computer, printer, cell phone | 700.00 | 0.00 | | 0.00 | FA |
| 5. EQUIP/TRUCKS<br>Treadmill | 300.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES<br>Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS/CDS/TAPES<br>books, CDs, DVDs & Family Photos | 50.00 | 0.00 | | 0.00 | FA |
| 8. BANK ACCT<br>SAVINGS US BANK | 15.00 | 0.00 | | 0.00 | FA |
| 9. BANK ACCT<br>CHECKING US BANK | 30.00 | 0.00 | | 0.00 | FA |
| 10. INTEREST<br>Health insurance $0<br>Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY<br>Hot dog cart | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. JEWELRY<br>Jewelry, costume jewelry, gold chains | 500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 17-07564 | JPC   Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LEAL, MICHAEL ANTHONY | | Date Filed (f) or Converted (c): | 03/10/17 (f) |
| | | | 341(a) Meeting Date: | 04/19/17 |
| | | | Claims Bar Date: | 07/25/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $16,119.00 | $9,350.00 | | $9,350.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/17       Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 17-07564 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | LEAL, MICHAEL ANTHONY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8432 | | |
| For Period Ending: | 01/02/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/13/17 | 2 | AMERICAN AUCTION ASSOCIATES<br>508 W BRITTANY DR<br>ARLINGTON HGTS IL 60004<br>MICHAEL LEAL | BOAT SALE<br><br>Memo Amount:   9,350.00<br>BOAT SALE | 1129-000 | 8,500.00 | | 8,500.00 |
| | | HEATH INDUSTRIAL AUCTION SERVICES | Memo Amount:   ( 850.00 )<br>BUYERS PREMIUM | 3610-000 | | | |
| 12/20/17 | 010001 | MICHAEL ANTHONY LEAL<br>6600 W 63RD PLACE<br>APT # HSE<br>CHICAGO, IL 60638 | EXEMPTION FUNDS<br>735 ILCS 5/12-101(b)-3,200.00 | 8100-000 | | 3,200.00 | 5,300.00 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 9,350.00 | COLUMN TOTALS | | 8,500.00 | 3,200.00 | 5,300.00 |
| | Memo Allocation Disbursements: | 850.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,500.00 | 3,200.00 | |
| | Memo Allocation Net: | 8,500.00 | Less: Payments to Debtors | | | 3,200.00 | |
| | | | Net | | 8,500.00 | 0.00 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 9,350.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 850.00 | Checking Account (Non-Interest Earn - *******2995 | | 8,500.00 | 0.00 | 5,300.00 |
| | Total Memo Allocation Net: | 8,500.00 | | | 8,500.00 | 0.00 | 5,300.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   8,500.00   3,200.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 17-07564 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LEAL, MICHAEL ANTHONY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8432 | | |
| For Period Ending: | 01/02/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 02, 2018 |

Case Number: 17-07564  
Debtor Name: LEAL, MICHAEL ANTHONY  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 36-3557951 | Administrative | | $1,365.00 | $0.00 | $1,365.00 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | $3,742.08 | $0.00 | $3,742.08 |
| 001<br>3610-00 | Heath Industrial Auction Services<br>508 W Brittany Drive<br>Arlington Heights, IL 60004 | Administrative | 2221932995   12/13/17   10 | $1,017.14<br>850.00 | $850.00 | $167.14 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $506.47 | $0.00 | $506.47 |
| 000002<br>070<br>7100-00 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | | $1,319.50 | $0.00 | $1,319.50 |
| 000003<br>070<br>7100-00 | Cavalry SPV I, LLC<br>C/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712 | Unsecured | (3-1) Account Number (last 4 digits):3605 | $444.54 | $0.00 | $444.54 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $5,382.74 | $0.00 | $5,382.74 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $879.20 | $0.00 | $879.20 |
| 000006<br>070<br>7100-00 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Unsecured | (6-1) Money Loaned | $443.04 | $0.00 | $443.04 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 02, 2018

Case Number: 17-07564
Debtor Name: LEAL, MICHAEL ANTHONY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $4,489.59 | $0.00 | $4,489.59 |
| 000008 070 7100-00 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | Unsecured | (8-1) Amazon.com Store Card or GEMB or GECRB | $651.93 | $0.00 | $651.93 |
| 000009 070 7100-00 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | Unsecured | (9-1) Walmart MC or GEMB or GECRB | $2,858.57 | $0.00 | $2,858.57 |
| 000010 070 7100-00 | U.S. Bank National Association Bankruptcy Department PO Box 108 St. Louis, MO 63166-0108 | Unsecured | (10-1) Account Number (last 4 digits):7094 | $4,483.69 | $0.00 | $4,483.69 |
| | Case Totals: | | | $27,583.49 | $850.00 | $26,733.49 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-07564 JPC  
Case Name: LEAL, MICHAEL ANTHONY  
Trustee Name: ANDREW J. MAXWELL, TRUSTEE  

|  | Balance on hand | $ | 5,300.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,365.00 | $ 0.00 | $ 1,365.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 3,650.00 | $ 0.00 | $ 3,650.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 92.08 | $ 0.00 | $ 92.08 |
| Auctioneer Fees: Heath Industrial Auction Services | $ 1,017.14 | $ 850.00 | $ 167.14 |

Total to be paid for chapter 7 administrative expenses     $     5,274.22  
Remaining Balance                                          $        25.78  

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,459.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ 506.47 | $ 0.00 | $ 0.61 |
| 000002 | Verizon | $ 1,319.50 | $ 0.00 | $ 1.59 |
| 000003 | Cavalry SPV I, LLC | $ 444.54 | $ 0.00 | $ 0.53 |
| 000004 | PYOD, LLC its successors and assigns as | $ 5,382.74 | $ 0.00 | $ 6.47 |
| 000005 | PYOD, LLC its successors and assigns as | $ 879.20 | $ 0.00 | $ 1.06 |
| 000006 | Citibank, N.A. | $ 443.04 | $ 0.00 | $ 0.53 |
| 000007 | PYOD, LLC its successors and assigns as | $ 4,489.59 | $ 0.00 | $ 5.39 |
| 000008 | Synchrony Bank | $ 651.93 | $ 0.00 | $ 0.78 |
| 000009 | Synchrony Bank | $ 2,858.57 | $ 0.00 | $ 3.43 |
| 000010 | U.S. Bank National Association | $ 4,483.69 | $ 0.00 | $ 5.39 |

Total to be paid to timely general unsecured creditors            $            25.78

Remaining Balance                                                 $             0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE