IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 17-07564 |
| LEAL, MICHAEL ANTHONY, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

CERTIFICATE OF SERVICE

The undersigned attorney certifies that (s) he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney (if any), and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and on other parties by depositing same into the  United States Mail, postage prepaid, on or before February 21, 2018.

/s/  Andrew J. Maxwell

Andrew J. Maxwell (ARDC #1799150)
**Maxwell Law Group, LLC**
20 N. Clark Street, Suite 200
Chicago, IL 60602
312/368-1138

**SERVICE LIST**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn 7th Floor
Chicago, IL 60604-1702

Daniel Fasman
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

PYOD, LLC its successors and assigns as
assignee
of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

PYOD, LLC its successors and assigns as
assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Cavalry SPV I, LLC
C/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis, MO 63166-0108