UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Michael Anthony Leal, | ) | Case No. 17 B 07564 |
| | ) | |
| Debtor. | ) | Honorable Judge Jacqueline P. Cox |

## NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on May 9, 2018 **(Document #40)** is withdrawn. It is withdrawn because the wrong document was filed.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

## CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on May 11, 2018, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on May 11, 2018.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Andrew J. Maxwell, Esq.
maxwelllawchicago@yahoo.com

Daniel Fasman
ndil@geracilaw.com

**Parties Served via First Class Mail:**

Michael Anthony Leal
6600 West 63rd Place
Apt# Hse
Chicago., IL   60638