# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LEAL, MICHAEL ANTHONY § Case No. 17-07564 JPC
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,619.00 *(Without deducting any secured claims)* | Assets Exempt: 3,200.00 |
| Total Distributions to Claimants: 974.18 | Claims Discharged Without Payment: 20,485.09 |
| Total Expenses of Administration: 5,175.82 | |

3) Total gross receipts of $ 9,350.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,200.00 (see **Exhibit 2**), yielded net receipts of $ 6,150.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,125.82 | 5,175.82 | 5,175.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 21,459.27 | 21,459.27 | 974.18 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 27,585.09 | $ 26,635.09 | $ 6,150.00 |

    4)  This case was originally filed under chapter 7 on  03/10/2017 . The case was pending for 14 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated:  05/01/2018             By:/s/ANDREW J. MAXWELL, TRUSTEE
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 9,350.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,350.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL ANTHONY LEAL | Exemptions | 8100-000 | 3,200.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,200.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 1,365.00 | 1,365.00 | 1,365.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 1.60 | 1.60 | 1.60 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):MAXWELL LAW GROUP, LLC | 3110-000 | NA | 3,618.67 | 2,700.00 | 2,700.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):MAXWELL LAW GROUP, LLC | 3120-000 | NA | 123.41 | 92.08 | 92.08 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:HEATH INDUSTRIAL AUCTION SERVICES | 3610-000 | NA | 1,017.14 | 1,017.14 | 1,017.14 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,125.82 | $ 5,175.82 | $ 5,175.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAVALRY SPV I, LLC | 7100-000 | NA | 444.54 | 444.54 | 20.18 |
| 000006 | CITIBANK, N.A. | 7100-000 | NA | 443.04 | 443.04 | 20.11 |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 506.47 | 506.47 | 22.99 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 5,382.74 | 5,382.74 | 244.36 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 879.20 | 879.20 | 39.91 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 4,489.59 | 4,489.59 | 203.82 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | SYNCHRONY BANK | 7100-000 | NA | 651.93 | 651.93 | 29.60 |
| 000009 | SYNCHRONY BANK | 7100-000 | NA | 2,858.57 | 2,858.57 | 129.77 |
| 000010 | U.S. BANK NATIONAL ASSOCIATION | 7100-000 | NA | 4,483.69 | 4,483.69 | 203.54 |
| 000002 | VERIZON | 7100-000 | NA | 1,319.50 | 1,319.50 | 59.90 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 21,459.27 | $ 21,459.27 | $ 974.18 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 17-07564 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LEAL, MICHAEL ANTHONY | | | Date Filed (f) or Converted (c): | 03/10/17 (f) |
| | | | | 341(a) Meeting Date: | 04/19/17 |
| For Period Ending: | 05/01/18 | | | Claims Bar Date: | 07/25/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CARS<br>DODGE CARAVAN 2010 | 2,824.00 | 0.00 | | 0.00 | FA |
| 2. WATERCRAFT<br>STINGRAY 18 FEE TRAILER 2009 | 9,500.00 | 9,350.00 | | 9,350.00 | FA |
| 3. HOUSEHOLD GOODS<br>Furniture, linens, small appliances, table & chairs, bedroom set | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. ELECTRONICS<br>TV, computer, printer, cell phone | 700.00 | 0.00 | | 0.00 | FA |
| 5. EQUIP/TRUCKS<br>Treadmill | 300.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES<br>Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS/CDS/TAPES<br>books, CDs, DVDs & Family Photos | 50.00 | 0.00 | | 0.00 | FA |
| 8. BANK ACCT<br>SAVINGS US BANK | 15.00 | 0.00 | | 0.00 | FA |
| 9. BANK ACCT<br>CHECKING US BANK | 30.00 | 0.00 | | 0.00 | FA |
| 10. INTEREST<br>Health insurance $0<br>Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY<br>Hot dog cart | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. JEWELRY<br>Jewelry, costume jewelry, gold chains | 500.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 20.00h

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-07564 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LEAL, MICHAEL ANTHONY | | | Date Filed (f) or Converted (c): | 03/10/17 (f) |
| | | | | 341(a) Meeting Date: | 04/19/17 |
| | | | | Claims Bar Date: | 07/25/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $16,119.00 | $9,350.00 | | $9,350.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

HEARING DATE 3.21.2018. Court ruled, distributions made late March 2018. Waiting for all checks to clear to file TDA.

TFR SUBMITTED 12/28/2017; revised 1/3/2018

Initial Projected Date of Final Report (TFR): 12/31/17    Current Projected Date of Final Report (TFR): 12/31/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 17-07564 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | LEAL, MICHAEL ANTHONY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 82-6758432 | | |
| For Period Ending: | 05/01/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/13/17 | 2 | AMERICAN AUCTION ASSOCIATES<br>508 W BRITTANY DR<br>ARLINGTON HGTS IL 60004<br>MICHAEL LEAL | BOAT SALE | | 8,500.00 | | 8,500.00 |
| | | | Memo Amount:    9,350.00<br>BOAT SALE | 1129-000 | | | |
| | | HEATH INDUSTRIAL AUCTION SERVICES | Memo Amount:    ( 850.00 )<br>BUYERS PREMIUM | 3610-000 | | | |
| 12/20/17 | 010001 | MICHAEL ANTHONY LEAL<br>6600 W 63RD PLACE<br>APT # HSE<br>CHICAGO, IL 60638 | EXEMPTION FUNDS<br>735 ILCS 5/12-101(b)-3,200.00 | 8100-000 | | 3,200.00 | 5,300.00 |
| 02/13/18 | 010002 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PAYMENTS<br>BOND # 016073584<br>TERM 02/01/1/ TO 02/01/19 | 2300-000 | | 1.60 | 5,298.40 |
| 03/27/18 | 010003 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Trustee Compensation<br>o/c 3/21/2018 | 2100-000 | | 1,365.00 | 3,933.40 |
| 03/27/18 | 010004 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | ATTY COMPENSATION AND EXPENSES<br>o/c 3/21/2018 | | | 2,792.08 | 1,141.32 |
| | | | Fees    2,700.00 | 3110-000 | | | |
| | | | Expenses    92.08 | 3120-000 | | | |
| 03/27/18 | 010005 | Heath Industrial Auction Services<br>508 W Brittany Drive<br>Arlington Heights, IL 60004 | AUCTIONEER'S EXPENSES<br>o/c 3/21/2018 | 3610-000 | | 167.14 | 974.18 |
| | | | Page Subtotals | | 8,500.00 | 7,525.82 | |

Ver: 20.00h

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07564 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LEAL, MICHAEL ANTHONY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 82-6758432 | | | |
| For Period Ending: | 05/01/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/18 | 010006 | PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim # 1, Final Payment<br>o/c 3/21/2018 | 7100-000 | | 22.99 | 951.19 |
| 03/27/18 | 010007 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Claim # 2, Final Payment<br>o/c 3/21/2018 | 7100-000 | | 59.90 | 891.29 |
| 03/27/18 | 010008 | Cavalry SPV I, LLC<br>C/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712 | Claim # 3, Final Payment<br>o/c 3/21/2018 | 7100-000 | | 20.18 | 871.11 |
| 03/27/18 | 010009 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim # 4, FinalPayment<br>o/c 3/21/2018 | 7100-000 | | 244.36 | 626.75 |
| 03/27/18 | 010010 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim # 5, Final Payment<br>o/c 3/21/2018 | 7100-000 | | 39.91 | 586.84 |
| 03/27/18 | 010011 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Claim # 6 , Final Payment<br>o/c 3/21/2018 | 7100-000 | | 20.11 | 566.73 |
| | | | Page Subtotals | | 0.00 | 407.45 | |

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-07564 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LEAL, MICHAEL ANTHONY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 82-6758432 | | | |
| For Period Ending: | 05/01/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/18 | 010012 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim # 7 , Final Payment o/c 3/21/2018 | 7100-000 | | 203.82 | 362.91 |
| 03/27/18 | 010013 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | Claim # 8, Final Payment o/c 3/21/2018 | 7100-000 | | 29.60 | 333.31 |
| 03/27/18 | 010014 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | Claim # 9, Final Payment o/c 3/21/2018 | 7100-000 | | 129.77 | 203.54 |
| 03/27/18 | 010015 | U.S. Bank National Association Bankruptcy Department PO Box 108 St. Louis, MO 63166-0108 | Claim # 10, Final Payment o/c 3/21/2018 | 7100-000 | | 203.54 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 9,350.00 | COLUMN TOTALS | 8,500.00 | 8,500.00 | 0.00 |
| Memo Allocation Disbursements: | 850.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 8,500.00 | 8,500.00 | |
| Memo Allocation Net: | 8,500.00 | Less: Payments to Debtors | | 3,200.00 | |
| | | Net | 8,500.00 | 5,300.00 | |
| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 9,350.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 850.00 | Checking Account (Non-Interest Earn - ********2995 | 8,500.00 | 5,300.00 | 0.00 |
| Total Memo Allocation Net: | 8,500.00 | | 8,500.00 | 5,300.00 | 0.00 |

Page Subtotals    0.00    566.73

Ver: 20.00h

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-07564 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LEAL, MICHAEL ANTHONY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2995  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 82-6758432 | | |
| For Period Ending: | 05/01/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*